UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. CV 20-4920-JWH (KS) | Date: May 12, 2021 |
| Title *Norice Patterson v. Josie Gastelo* | |

Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 17, 2021, the Court issued a Report and Recommendation recommending that this action be dismissed for failure to prosecute, comply with court orders, and effect service within the deadline set by Rule 4(m) of the Federal Rules of Civil Procedure. (Dkt. No. 18.) On April 12, 2021, the Court received Plaintiff's Objections to the Report and Recommendation. (Dkt. No. 20.) The Objections did not indicate that Plaintiff had served Defendant or was requesting an extension of time to do so, and, therefore, the Objections provided no basis for vacating the Report and Recommendation.

Nevertheless, on April 16, 2021, the Court ordered Plaintiff to file (1) an application to proceed without prepayment of fees and a motion for service by the U.S. Marshall that set forth what steps to serve process Plaintiff had taken and explained why a court order was necessary to accomplish service; or (2) an amended proof of service showing that Defendants had been served. (Dkt. No. 22.) The Court warned that Plaintiff's failure to timely comply with the April 16 Order would result in dismissal of the action. (*Id.* at 2.)

The Court is now in receipt of Plaintiff's Motion for Service by the U.S. Marshal to Accomplish Service, filed on May 7, 2021.[1] (Dkt. No. 24.) As relevant here, Plaintiff states that he "motions the court for service within the deadline set by Rule 4(m) in the interest of justice and judicial economy. For the Marshal to effect service on Defendants 'after' initially servicing Defendants." (*Id.*) Plaintiff has not explained why a court order is necessary to accomplish service.

---

[1] The Court is also in receipt of Plaintiff's Request to Proceed without Prepayment of Filing Fees and his Inmate Statement Report. (Dkt. Nos. 23, 25.) These filings are the subject of a separately docketed Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-4920-JWH (KS)                                              Date: May 12, 2021

Title   *Norice Patterson v. Josie Gastelo*

    Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to comply with the Court's April 16, 2021 Order.

    However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 2, 2021**, why the Court should not recommend that this action be dismissed for failure to comply with court orders. Plaintiff may discharge this Order by <u>filing a motion for service by the U.S. Marshal that sets forth in detail the steps Plaintiff has already taken to serve Defendant</u>, and **explains why a court order is necessary to accomplish service**. A motion requesting service by the U.S. Marshal without an explanation why such an order is necessary will **<u>not</u> be sufficient** to discharge this Order.

    **Plaintiff's failure to timely comply with this Order <u>will</u> result in the dismissal of this action.**

    **IT IS SO ORDERED**.

                                                                                                                    :

                                                                                **Initials of Preparer**   gr