**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **NORICE PATTERSON,** | ) | **NO. CV 20-4920 JWH (KS)** |
| Plaintiff, | ) ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | ) ) | |
| **JOSIE GASTELO,** | ) ) | |
| Defendant. | ) | |

1      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court **ACCEPTS** the findings and recommendations set forth in the Report. Accordingly, it is hereby **ORDERED** that Judgment be entered dismissing this action without prejudice for lack of prosecution.

     **IT IS SO ORDERED.**

DATED: June 26, 2023

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE