JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **NORICE PATTERSON,** | ) | **NO. CV 20-4920 JWH (KS)** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| **JOSIE GASTELO,** | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: June 26, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE